UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RAFPHEAL JONES, | Case No. 24-cv-20 (JRT/DJF) |
| Plaintiff, | |
| v. | ORDER ON |
| | REPORT AND |
| RAMSEY COUNTY JAIL, | RECOMMENDATION |
| Defendant. | |

---

Cianna Halloran, **WINTHROP & WEINSTINE, P.A.,** 225 South 6th Street, Minneapolis, MN 55305, for plaintiff.

Kevin Scott Plaisance, Kristine Nogosek, **RAMSEY COUNTY ATTORNEY'S OFFICE,** Civil Litigation, 360 Wabasha Street North, Ste 100, St. Paul, MN 55102, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

    1.    Defendant's Motion to Dismiss (ECF No. [24]) is **DENIED WITHOUT PREJUDICE**; and

2

2. Plaintiff's self-styled Request for Relief (ECF No. [34]) is **DENIED WITHOUT PREFJUDICE.**

DATED: July 17, 2024
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge